UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
INTERSTATE MANAGEMENT COMPANY, LLC,     :
                                        :
                          Plaintiff,    :        24cv4336 (DLC)
            -v-                         :
                                        :            ORDER
510 W42 HOTEL OPERATING, LLC,           :
                                        :
                          Defendant.    :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

     This action was filed on June 6, 2024 against defendant 510

W42 Hotel Operating, LLC ("Hotel Operating").  On July 9, the

plaintiff filed an affidavit of service reflecting that the

defendant had been served through the office of the Secretary of

State of New York.  The defendant's deadline to answer or

otherwise respond to the complaint was July 19.  Counsel for the

defendant has not appeared, and the defendant has not responded

to the complaint.  Accordingly, it is hereby

     ORDERED that the plaintiff shall file a letter no longer

than two (2) pages by **July 30, 2024** explaining its basis to

believe that service on the Secretary of State of New York is

effective service on Hotel Operating.

Dated:    New York, New York
          July 22, 2024

                              _____
                                        DENISE COTE
                              United States District Judge