```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :    24cv4336 (DLC)
INTERSTATE MANAGEMENT COMPANY, LLC,   :
                                      :         ORDER
                          Plaintiff,  :
                                      :
              -v-                     :
                                      :
510 W42 HOTEL OPERATING, LLC,         :
                                      :
                          Defendant.  :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

    On August 19, 2024, the defendant filed a motion to dismiss two counts of the original complaint in this action pursuant to Rule 12(b)(6), Fed. R. Civ. P. An Order of August 20 directed the plaintiff to file any amended complaint by September 13 and alerted the plaintiff that it would likely not have another opportunity to amend. The plaintiff filed an amended complaint on September 13. Accordingly, it is hereby

    ORDERED that the defendant's August 19, 2024 motion is dismissed as moot.

    IT IS FURTHER ORDERED that any renewed motion to dismiss will be served by the dates indicated below:

- Motion served by **September 27, 2024**
- Opposition served by **October 11, 2024**
- Reply served by **October 18, 2024**

At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that an initial pretrial conference shall be held on **October 4, 2024** at **11:00 a.m.** in Courtroom 18B, United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties shall refer to the Notice of June 12 for instructions regarding the pretrial conference.

Dated:   New York, New York
         September 17, 2024

                                   _____
                                            DENISE COTE
                                   United States District Judge