```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
 INTERSTATE MANAGEMENT COMPANY, LLC,     :
                                         :
                         Plaintiff,      :    24cv4336 (DLC)
              -v-                        :
                                         :         ORDER
 510 W42 HOTEL OPERATING, LLC,           :
                                         :
                         Defendant.      :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

On September 13, 2024, the plaintiff submitted a letter explaining the basis for its belief that diversity of citizenship exists in the above-captioned matter, as required by Section 5(B) of the Court's Individual Practices in Civil Cases. The defendant is a limited liability company ("LLC"), which takes the citizenship of each of its members. <u>Bayerische Landesbank, New York Branch v. Aladdin Capital Mgmt. LLC</u>, 692 F.3d 42, 49 (2d Cir. 2012). On September 20, the defendant submitted a letter stating that its "sole member" is MHI 510 W42 Operating LLC, a Delaware LLC with its principal place of business in Delaware and that, because the plaintiff is also a citizen of Delaware, there is no diversity of citizenship in this matter. Also on September 20, the defendant submitted a disclosure pursuant to Rule 7.1, Fed. R. Civ. P., stating that MHI 510 W42 Operating LLC is "a citizen of Delaware with a

principal place of business" in Delaware.  On September 23, the plaintiff submitted a letter noting that, because the defendant's sole member is also an LLC, the defendant's citizenship depends on the citizenship of the members of that LLC.  Accordingly, it is hereby

ORDERED that the defendant shall, by **September 27, 2024,** submit a letter stating the name and citizenship of each member of MHI 510 W42 Operating LLC.  To the extent that any member of MHI 510 W42 Operating LLC is an LLC, the defendant shall also state the name and citizenship of each of its members (and so on with respect to any such members that are LLCs).

Dated:    New York, New York
          September 24, 2024

_____
          DENISE COTE
    United States District Judge