UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
INTERSTATE MANAGEMENT COMPANY, LLC,  :
                                     :
                 Plaintiff,          :        24cv4336 (DLC)
                                     :
        -v-                          :          ORDER
                                     :
510 W42 HOTEL OPERATING, LLC,        :
                                     :
                 Defendant.          :
                                     :
-------------------------------------X

DENISE COTE, District Judge:

     The defendant is a limited liability company and must be
represented by counsel in this action.  The defendant told its
counsel, Koutsoudakis & Iakovou Law Group, on November 5, 2024
that its relationship with the defendant was terminated and
accordingly its counsel moved to withdraw on November 7.  That
motion to withdraw was denied.  Koutsoudakis & Iakovou Law Group
asserts, however, that it no longer has authority to act on
behalf of the defendant.

     As set forth in the conference held on December 3, 2024, it
is hereby

     ORDERED that the defendant shall have an attorney who is
authorized to represent it in this action file a notice of
appearance on ECF by **December 10, 2024.**

     IT IS FURTHER ORDERED that, if new counsel for the
defendant does not file a notice of appearance by **December 10,**

**2024,** contempt sanctions shall be imposed upon the defendant until such time as an appearance by counsel authorized to act for the defendant is filed.  Specifically, on December 11, sanctions of $1,000 will be imposed.  On each subsequent business day of noncompliance, sanctions will increase by $1,000 per day, such that sanctions of $2,000 will be imposed on December 12, $3,000 on December 13, and so on.  These sanctions will accumulate such that each day's sanctions supplement rather than supplant the total sanctions imposed prior to that day.

IT IS FURTHER ORDERED that if the defendant does not respond in good faith to the plaintiff's outstanding jurisdictional discovery requests by **December 13, 2024,** additional sanctions, including monetary sanctions, may separately be imposed.

IT IS FURTHER ORDERED that defendant's current counsel shall immediately serve this Order on the defendant and file proof of such service on ECF by **December 4, 2024.**

Dated:     New York, New York
           December 3, 2024

_____
DENISE COTE
United States District Judge