```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INTERSTATE MANAGEMENT
COMPANY, LLC,

    Plaintiff,

-against-

510 W42 HOTEL OPERATING, LLC,

    Defendant.

24-CV-04336 (DLC) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

    On October 11, 2024, I issued an order scheduling a settlement conference for December 18, 2024, and requiring the parties to submit confidential settlement letters no later than December 11. Plaintiff has submitted its letter but, to date, Defendant has not. The Court is uncertain whether defendant intends to attend the conference. (*See, e.g.*, Dkt. 50 n.1.)

    If defendant fails to submit its letter by **December 13, 2024**, the settlement conference will be adjourned, *sine die*.

Dated: New York, New York
December 12, 2024

SO ORDERED.

_____
**BARBARA MOSES**
**United States Magistrate Judge**