```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
INTERSTATE MANAGEMENT COMPANY, LLC,       :
                                          :
                  Plaintiff,              :    24cv4336 (DLC)
                                          :
              -v-                         :        ORDER
                                          :
510 W42 HOTEL OPERATING, LLC,             :
                                          :
                  Defendant.              :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

    Having received the plaintiff's motion of January 24, 2025, requesting leave to conduct jurisdictional discovery, it is hereby

    ORDERED that the plaintiff's motion is granted. The plaintiff may conduct written jurisdictional discovery until **March 28, 2025.**

    IT IS FURTHER ORDERED that the plaintiff shall file a status letter by **March 28, 2025.**

Dated:    New York, New York
           January 27, 2025

                                          _____
                                              DENISE COTE
                                  United States District Judge